FILED

SEP 10  1 16 PM '12

U.S. ...
BY _____

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY W. GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA )
       Plaintiff,         )
                          )
v.                        )
                          )
JOSE SANCHEZ-PEREZ,       )   Mag. Case No.: 2:12-mj-0077J-RJJ
       Defendant.         )
                          )
                          )

## GOVERNMENT'S *EX PARTE* APPLICATION REQUESTING UNSEALING OF THE CRIMINAL COMPLAINT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley W. Giles, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order unsealing the Criminal Complaint, together with this Application and the Court's Order, in the above-captioned matter. The Defendant, Jose Sanchez-Perez, has been arrested in the Eastern District of California, and the unsealing is necessary to facilitate the Defendant's initial appearance within that District.

. . .

. . .

The Government submits that it is no longer necessary for said documents to be sealed in light of the fact that the Defendant is presently incarcerated. Further, it is necessary for the Government to disclose these documents to the Defense.

DATED this __10th__ day of September, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
BRADLEY W. GILES
Assistant United States Attorney

2

FILED

SEP 10  1 16 PM '12

U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>JOSE SANCHEZ-PEREZ,<br>    Defendant. | Mag. Case No.: 2:12-mj-00622-RJJ |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the criminal complaint, together with the Government's Application and this Court's Order, in the above-captioned matter shall be unsealed and may be provided to the Defendant in discovery.

DATED this 10th day of September, 2012.

Robert Johnston
UNITED STATES MAGISTRATE JUDGE